Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Tecias Childcare LLC** | |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Shining Stars Childcare Center** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4232159** | |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **344-346 North Street** <br> **Rochester, NY 14605** <br> Number, Street, City, State & ZIP Code <br><br> **Monroe** <br> County | **Mailing address, if different from principal place of business** <br><br> **350 North Street** <br> **Rochester, NY 14605** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Tecias Childcare LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　**6244**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ＿＿＿＿＿＿＿＿＿　When ＿＿＿＿＿＿＿＿＿　Case number ＿＿＿＿＿＿＿＿＿
District ＿＿＿＿＿＿＿＿＿　When ＿＿＿＿＿＿＿＿＿　Case number ＿＿＿＿＿＿＿＿＿

| Debtor | Tecias Childcare LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Tecias Childcare LLC** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Tecias Childcare LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 29, 2025**
            MM / DD / YYYY

**X /s/ Martecia Shanae Kelly**                          **Martecia Shanae Kelly**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ David H. Ealy, Esq.**                            Date **January 29, 2025**
Signature of attorney for debtor                                  MM / DD / YYYY

**David H. Ealy, Esq. 2020832**
Printed name

**CRISTO LAW GROUP LLC**
Firm name

**d/b/a Trevett Cristo**
**45 Exchange Blvd., Suite 888**
**Rochester, NY 14614**
Number, Street, City, State & ZIP Code

Contact phone **(585) 454-2181**   Email address **dealy@trevettcristo.com**

**2020832 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Tecias Childcare LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Betlem Residential Heating & Air c/o Metropolitan Collection Agency P.O. Box 18637 Rochester, NY 14618** | | **Furnace repairs** | **Disputed** | | | **$1,237.00** |
| **Charter Communications c/o Access Receivables Management P.O. Box 1377 Cockeysville, MD 21030-6377** | | **Cable service** | | | | **$873.00** |
| **Citibank N.A. The Home Depot Citicorp Credit Services Centralized Bankruptcy P.O. Box 790040 Saint Louis, MO 63179** | | **Business credit card** | | | | **$1,566.00** |
| **Expansion Capital Group 5801 S. Corporate Pl. Sioux Falls, SD 57108** | | **Purchase and sale agreement** | | | | **$50,798.00** |
| **First National Bank of Omaha PO Box 3331 Omaha, NE 68103-0331** | | **Business credit card** | | | | **$15,639.00** |

| Debtor | Tecias Childcare LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Insolvency Section P.O. Box 7346 Philadelphia, PA 19101-7346** | | **941 Witholding** | | | | $3,076.00 |
| **New York State Dept. of Labor State Office Building Campus Building 12, Room 256 Albany, NY 12240** | | **NYS-45 penalty** | | | | $1,025.00 |
| **NYS Dept. of Tax & Finance Attn: BK Unit P.O. Box 5300 Albany, NY 12205** | | **Witholding tax (estimated)** | | | | $18,000.00 |

# United States Bankruptcy Court
## Western District of New York

In re **Tecias Childcare LLC**                             Case No. _____

                          Debtor(s)                        Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Martecia S. Kelly<br>588 Scio St.<br>Rochester, NY 14605 | Member | NA | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 29, 2025**                    Signature  **/s/ Martecia Shanae Kelly**
                                                         **Martecia Shanae Kelly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of New York

In re **Tecias Childcare LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 29, 2025**

**/s/ Martecia Shanae Kelly**
**Martecia Shanae Kelly**/**Managing Member**
Signer/Title

Aubrey Thrasher
12 Powder Springs St.
Suite 240
Marietta, GA 30064


Betlem Residential Heating & Air
c/o Metropolitan Collection Agency
P.O. Box 18637
Rochester, NY 14618


Charter Communications
c/o Access Receivables Management
P.O. Box 1377
Cockeysville, MD 21030-6377


Citibank N.A. The Home Depot
Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179


City of Rochester
Tax Department
30 Church Street
Rochester, NY 14614


ESL Federal Credit Union
Attn: Bankruptcy Dept.
225 Chestnut Street
Rochester, NY 14604-2424


Expansion Capital Group
5801 S. Corporate Pl.
Sioux Falls, SD 57108


First National Bank of Omaha
PO Box 3331
Omaha, NE 68103-0331


Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Martecia S. Kelly
588 Scio Street
Rochester, NY 14605


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146


Monroe County Treasurer
39 West Main Street
Room B-2
Rochester, NY 14614-1467


New York State Dept. of Labor
State Office Building Campus
Building 12, Room 256
Albany, NY 12240


NYBDC Local Development Corporation
d/b/a Pursuit Community Finance
50 Beaver Street
Albany, NY 12207


NYS Dept. of Tax & Finance
Attn: BK Unit
P.O. Box 5300
Albany, NY 12205


Phillips Lytle LLP
Attn: Richard Mullen, Esq.
28 East Main Street, Suite 1400
Rochester, NY 14614


Roach & Murtha Attorneys at Law, P.C.
500 Bi County Blvd. Suite 120
Farmingdale, NY 11735

# United States Bankruptcy Court
## Western District of New York

In re __Tecias Childcare LLC__                                   Case No. _____
                         Debtor(s)                               Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Tecias Childcare LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


__January 29, 2025__                        __/s/ David H. Ealy, Esq.__
Date                                        **David H. Ealy, Esq. 2020832**
                                            Signature of Attorney or Litigant
                                            Counsel for __Tecias Childcare LLC__
                                            **CRISTO LAW GROUP LLC**
                                            **d/b/a Trevett Cristo**
                                            **45 Exchange Blvd., Suite 888**
                                            **Rochester, NY 14614**
                                            **(585) 454-2181 Fax:(585) 454-4026**
                                            **dealy@trevettcristo.com**

# FORM G
## United States Bankruptcy Court
### Western District of New York

In re **Tecias Childcare LLC**      Case No. _____
             Debtor(s)      Chapter **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

    I (WE) __**Martecia Shanae Kelly**__ and _____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21) prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

    ☐    If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) ____ and ____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

    ■    If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

    ☐    If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:    **January 29, 2025**

Signed: _____      _____
        **Martecia Shanae Kelly**
        (Applicant)                                                                                       (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

    I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), Official Form B21, before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated:    **January 29, 2025**

                                                                            **David H. Ealy, Esq. 2020832**
                                                                            Attorney for Debtor(s)

                                                                            Address of Attorney
                                                                            **d/b/a Trevett Cristo**
                                                                            **45 Exchange Blvd., Suite 888**
                                                                            **Rochester, NY 14614**
                                                                            **(585) 454-2181 Fax:(585) 454-4026**
                                                                            **dealy@trevettcristo.com**

**United States Bankruptcy Court**
**Western District of New York**

| | | |
|---|---|---|
| In re **Tecias Childcare LLC** | | Case No. _____ |
| Debtor(s) | | Chapter **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Martecia Shanae Kelly**, declare under penalty of perjury that I am the **Managing Member** of **Tecias Childcare LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said LLC at a special meeting duly called and held on the **29th** day of **January**, 20**25**.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martecia Shanae Kelly**, **Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Martecia Shanae Kelly**, **Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Martecia Shanae Kelly**, **Managing Member** of this LLC is authorized and directed to employ **David H. Ealy, Esq. 2020832**, attorney and the law firm of **CRISTO LAW GROUP LLC** to represent the LLC in such bankruptcy case."

Date **January 29, 2025**          Signed /s/ Martecia S. Kelly
                                          **Martecia Shanae Kelly**

Resolution of Members
of
**Tecias Childcare LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martecia Shanae Kelly, Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Martecia Shanae Kelly, Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Martecia Shanae Kelly, Managing Member** of this LLC is authorized and directed to employ **David H. Ealy, Esq. 2020832,** attorney and the law firm of **CRISTO LAW GROUP LLC** to represent the LLC in such bankruptcy case.

Date  **January 29, 2025**                                           Signed  **/s/ Martecia S. Kelly**